# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP, an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br>v.<br><br>PHYSICIANS WEALTH SOLUTIONS, LLC and INTENTIONAL EXCELLENCE LLC, Ohio limited liability companies,<br><br>        Defendants. | Civil Action No: 2:22-cv-00505 |

## NOTICE OF SETTLEMENT

Plaintiff Progressive Health and Rehab Corp. hereby notifies the Court that the parties have reached an agreed resolution of this matter and expect to file a dismissal within the next 45 days.

        Respectfully submitted,

        PROGRESSIVE HEALTH AND REHAB CORP.,
        individually and as the representative of a class of
        similarly-situated persons

        By: /s/ *Matthew E. Stubbs*
        Matthew E. Stubbs – Ohio Bar #0066722
        MONTGOMERY JONSON LLP
        600 Vine Street, Suite 2650
        Cincinnati, OH 45202
        Telephone: 513-241-4722 / Fax: 513-786-9244
        mstubbs@mojolaw.com

        Ryan M. Kelly (*pro hac vice admitted*)
        ANDERSON + WANCA
        3701 Algonquin Road, Suite 500
        Rolling Meadows, IL 60008
        Telephone: 847-368-1500 / Fax: 847-368-1501
        rkelly@andersonwanca.com

## **CERTIFICATE OF SERVICE**

       I hereby certify that, on September 6, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record.

                                          */s/Matthew E. Stubbs*
                                          Matthew E. Stubbs