# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| PROGRESSIVE HEALTH AND REHAB CORP, an Ohio corporation, individually and as the representative of a class of similarly-situated persons,<br><br>        Plaintiff,<br>v.<br><br>PHYSICIANS WEALTH SOLUTIONS, LLC and INTENTIONAL EXCELLENCE LLC, Ohio limited liability companies,<br><br>        Defendants. | Civil Action No: 2:22-cv-00505 |

## STIPULATION OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff in this action, Progressive Health and Rehab Corp., and Defendants, Physicians Wealth Solutions, LLC and Intentional Excellence LLC, by and through their undersigned counsel, hereby stipulate to the dismissal of this action with prejudice as to Plaintiff's individual claims, without prejudice as to class allegations, each side to bear its own costs.

| **Plaintiff, PROGRESSIVE HEALTH AND REHAB CORP.:** | **Defendants, PHYSICIANS WEALTH SOLUTIONS, LLC and INTENTIONAL EXCELLENCE LLC:** |
|---|---|
| By: /s/ Matthew E. Stubbs<br>Matthew E. Stubbs – Ohio Bar #0066722<br>MONTGOMERY JONSON LLP<br>600 Vine Street, Suite 2650<br>Cincinnati, OH 45202<br>Telephone: 513-241-4722<br>Email: mstubbs@mojolaw.com<br><br>Ryan M. Kelly (*admitted pro hac vice*)<br>ANDERSON + WANCA<br>3701 Algonquin Road, Suite 500<br>Rolling Meadows, Illinois 60008<br>Email: rkelly@andersonwanca.com | By: /s/ Christopher R. Pettit (with permission)<br>Christopher R. Pettit – Ohio Bar #0069926<br>LUPER, NEIDENTHAL & LOGAN<br>1160 Dublin Road, Suite 400<br>Columbus, OH 43215<br>Telephone: 614-221-7663<br>Email: cpettit@LNLattorneys.com |

## **CERTIFICATE OF SERVICE**

       I hereby certify that on September 14, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys of record.

                                                  /s/ Matthew E. Stubbs